**SESSIONS & KIMBALL LLP**
Stephen C. Kimball, SBN 152537
Nicole A. Nguyen, SBN 248449
23456 Madero, Suite 170
Mission Viejo, California 92961
sck@job-law.com
nan@job-law.com
Tel: (949) 380-0900
Fax: (949) 380-8283

Attorneys for Plaintiff ANDREW BAYERS

**SEYFARTH SHAW LLP**
Laura Wilson Shelby (SBN 151870)
E-mail: lshelby@seyfarth.com
Myra B. Villamor (SBN 232912)
E-mail: mvillamor@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
BEST BUY STORES, L.P.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ANDREW BAYERS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY STORES LP, a Virginia Corporation; BEST BUY CO., INC.; a Minnesota Corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. SACV 12-200 JVS (JPRx) <br><br> *Assigned to Honorable James V. Selna* <br><br> **ORDER TO DISMISS CLAIMS WITH PREJUDICE** <br><br> [Filed Concurrently With Joint Stipulation of Dismissal With Prejudice] <br><br> [Orange County Superior Court Case No. 30-2012-00534402] <br><br> Complaint Filed: January 3, 2012 <br><br> Trial Date: August 7, 2012 |

///

///

1
ORDER TO DISMISS CLAIMS WITH PREJUDICE

## ORDER

UPON REVIEW OF THE FOREGOING MATTERS, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

The instant action is hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: December 31, 2012

*[signature]*

**Hon. James V. Selna**